IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBIN LYNN JOHNSON,

    Plaintiff,

    v.                               Case No. 18-cv-178

NANCY A. BERRYHILL,
Acting Commissioner Of
Social Security,

    Defendant.

ORDER ON THE PARTIES' JOINT MOTION FOR REMAND FOR FURTHER
PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the parties' joint motion to remand this action, this Court now, upon substantive review, hereby enters a judgment under sentence four of 42 U.S.C. § 405(g) reversing the Commissioner's decision with a remand of the cause to the Commissioner according to the following terms. *See Shalala v. Schaefer*, 509 U.S. 292, 296 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 97-98 (1991).

On remand, the Appeals Council will remand the matter to an Administrative Law Judge (ALJ) with instructions to proceed through the sequential disability evaluation

process as appropriate and issue a new decision. If warranted, the ALJ will obtain supplemental vocational expert testimony.

SO ORDERED this _15TH_ day of _AUGUST_, 2018.

_____